UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MELISSA VANDERGRIFF, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-177-SKL |
| ) | |
| ) | |
| RED ROBIN INTERNATIONAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Before the Court is Plaintiffs' motion for leave to amend complaint [Doc. 27] to increase the amount of claimed damages against Defendants. Plaintiffs represent that Defendants do not oppose their request to amend. Attached to Plaintiffs' motion is the proposed amended complaint [Doc. 27 at Page ID # 105-107].

Accordingly, Plaintiffs' motion for leave to amend [Doc. 27] is **GRANTED** and Plaintiffs are **ORDERED** to file the amended complaint within **7 days** of this Order. Plaintiffs are **REMINDED** to follow Rule 5.2 of the Federal Rules of Civil Procedure and include only the minor Plaintiff's year of birth and initials in the amended complaint.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE