UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MELISSA VANDERGRIFF, *et al.*,  )
                                                    )
       Plaintiffs,                )
                                                    )
v.                                                      )        No. 1:14-cv-177-SKL
                                                      )
                                                      )
RED ROBIN INTERNATIONAL, INC., *et al.*,  )
                                                     )
       Defendants.               )
                                                     )

## **ORDER AND EXPEDITED BRIEFING SCHEDULE**

Defendants filed a motion for physical examination of minor Plaintiff C.V. ("the minor") with a memorandum in support [Docs. 49 and 50]. Defendants seek an order that requires a physical examination of the minor by Dr. Michael Duchowny[1] on May 25, 2016 in Miami, Florida or, alternatively if the Plaintiffs are not ordered to travel to Miami, for an examination in late June 2016, in Chattanooga.

For the Court to have adequate time to address the issues presented in Defendants' motion, and in an effort to ensure that if the examination is ordered to take place in Miami, the parties will be able to accommodate the proposed schedule, an expedited briefing schedule and hearing will be

---

[1] Defendants' memorandum states that Dr. Michael Duchowny, Pediatric Neurologist, has been retained by Defendants "[t]o assist the Defendant[sic] in understanding Plaintiff's mental and physical condition." [Doc. 50, Page ID # 281].

set. A hearing on Defendants' motion will be held on **April 29, 2016 at 9:30 a.m. [EASTERN].**[2] Plaintiffs are **ORDERED** to file their response to Defendants' motion on or before **April 22, 2016** and Defendants are **ORDERED** to file any reply by no later than **April 27, 2016**.

At least one counsel of record for each side must be present at the motion hearing. If counsel is not available on the hearing date, he SHALL jointly contact opposing counsel and chambers to propose an alternative schedule. If the motion is resolved by agreement, counsel shall notify the Court as soon as possible.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court does not typically record hearings on non-dispositive motions. Counsel desiring the presence of a court reporter should make their own arrangements. If, however, you intend to present evidence for the Court's consideration, please contact the Magistrate Judge's chambers by email (lee_chambers@tned.uscourts.gov) with a copy to all counsel of record (both parties and non-parties) at least 48 hours in advance of the hearing so the Court can arrange for an official court reporter.